# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0992
Lower Tribunal No. 2021-CF-12586-B-O

_____

DAVONTE MCRAE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Diego M. Madrigal, III, Judge.

March 13, 2026

PER CURIAM.

AFFIRMED. *See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979) ("Even when based on erroneous reasoning, a conclusion or decision of a trial court will generally be affirmed if the evidence or an alternative theory supports it."); *Trappman v. State*, 384 So. 3d 742, 747 (Fla. 2024) ("[F]or double jeopardy protection to apply, . . . the offenses must be the same *in law* and *in fact*." (quoting *Burton v. United States*, 202 U.S. 344, 380 (1906) (internal quotations omitted; emphasis in original))), *reh'g denied sub nom.*, *Trappman v. Fla.*, No. SC2021-1479, 2024 WL 1510590 (Fla. Apr. 8, 2024); § 775.021(4)(a), Fla. Stat.

(2025) ("[O]ffenses are separate if each offense requires proof of an element that the other does not, without regard to the accusatory pleading or the proof adduced at trial.").

TRAVER, C.J., and MIZE and PRATT, JJ., concur.


Jonathan Mills, Orlando, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Daniel Caldwell, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED